| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* 1:01-CR-121-03 |
|---|---|---|
| | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Rec. Court)* 03cr30048 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Zamont Ransom 97 K Southpoint Dr. Amherst, MA 01002 | DISTRICT DISTRICT OF VERMONT | DIVISION Criminal |
|---|---|---|
| | NAME OF SENTENCING JUDGE Honorable J. Garvan Murtha | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 7/21/2003 — TO 7/20/2006 |

OFFENSE

Conspiracy to Distribute Heroin
21 U.S.C. §§ 841(a)(1), (b)(1)(C); 846

*DOCKETED*

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE "DISTRICT OF VERMONT"

   IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the DISTRICT OF MASSACHUSETTS upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

November 17, 2003
Date

*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

Dec. 8, 2003
Effective Date

*United States District Judge*

smg

1