Prob12A
(7/93)

# United States District Court
## for the District of Massachusetts
### Report on Offender Under Supervision

**Name of Offender:** Zamont Ransom

**Case Number:** 03-30048-01

**Name of Sentencing Judicial Officer:** Honorable J. Garvan Murtha, U.S. District Court Judge; Jurisdiction Transferred on 12/8/03 to The Honorable Michael A. Ponsor, U.S. District Court Judge.

**Date of Original Sentence:** 10/18/02

**Original Offense:** Conspiracy to Distribute Heroin

**Original Sentence:** 18 months BOP, 3 years Supervised Release

**Type of Supervision:** Supervised Release

**Date Supervision Commenced:** 7/21/03

## NON-COMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **The defendant shall participate a program approved by the U.S. Probation Office for substance abuse, which program may include testing to determine whether the defendant has reverted to the use of drugs or alcohol.** |

On 8/17/04, Mr. Ransom submitted to a random urine screen which tested positive for cocaine. Mr. Ransom subsequently admitted to using one line of cocaine.

**U.S. Probation Officer Action:** No judicial intervention recommended at this time. USPO Bush and Mr. Ransom discussed his recent positive urine screen and Mr. Ransom requested an opportunity to attend an in-patient treatment program. Mr. Ransom is currently enrolled in out-patient substance abuse and mental health treatment at this time. The Probation Office and Mr. Ransom believe that a more intensive treatment program is necessary. Mr. Ransom will be referred to the Gosnold Treatment Center (or similar center) for intensive in-patient treatment. If Mr. Ransom successfully completes in-patient treatment, he will be placed back on the random urinalysis color code program.

Reviewed/Approved by:

_____
Alicia Howarth
Supervising U.S. Probation Officer

Respectfully submitted,

_____
Walter A. Bush Jr.
United States Probation Officer
Date: August 24, 2004

*No Response is necessary unless the court directs that additional action be taken as follows:*

[ ] Submit a Request for Modifying the Conditions or Term of Supervision  *concur*
[ ] Submit a Request for Warrant or Summons
[ ] Other

_____
Signature of Judicial Officer   Michael A. Ponsor USDJ

_8-26-04_
Date