AO 442   (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of ____MASSACHUSETTS____

UNITED STATES OF AMERICA

V.

ZAMONT RANSOM

**WARRANT FOR ARREST**

Case Number: 03-30048

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ____ZAMONT RANSOM____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☐ Complain   ☐ Order of court   ☐ Violation   ☐ Probation Violation Petition

charging him or her   (brief description of offense)

Violation of Conditions of Supervised Release

in violation of ____ United States Code, Section(s) ____

MICHAEL A. PONSOR
Name of Issuing Officer

/s/ Michael A. Ponsor
Signature of Issuing Officer

U.S. DISTRICT JUDGE
Title of Issuing Officer

9/3/04   Springfield, MA
Date and Location

Bail fixed at $ DETENTION pending hearing by /s/ Michael A. Ponsor
Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant ____
560 RIVERGLADE DR APT. E AMHERST MA 01002

| DATE RECEIVED 09/03/04 | NAME AND TITLE OF ARRESTING OFFICER GARY N MATTISON CI DUSM | SIGNATURE OF ARRESTING OFFICER Gary N Mattison CI DUSM DEPUTY US MARSHAL |
|---|---|---|
| DATE OF ARREST 12/28/04 | | |