AO 245D (Rev. 3/01) Sheet 1 - Judgment in a Criminal Case for Revocations - D Massachusetts (09/02)

# United States District Court
## District of Massachusetts

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>ZAMONT RANSOM | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br>(For Offenses Committed On or After November 1, 1987)<br><br>Case Number: 3: 03 CR 30048   MAP<br><br>DAVID HOOSE, ESQ<br>Defendant's Attorney |

**THE DEFENDANT:**

[x] admitted guilt to violation of condition(s) 1,2,3,4,5,6 ___ of the term of supervision.
[ ] was found in violation of condition(s) ___ after denial of guilt.

Accordingly, the court has adjudicated that the defendant is guilty of the following violation(s):

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| 1 | Failure to participate in substance abuse program | 08/31/04 |
| 2 | Failure to answer truthfully inquiries by probation and to follow instructions | 08/31/04 |
| 3 | Failure to work regularly | 08/13/04 |
| 4 | Associating where controlled substances are illegally sold, used, distributed | 08/17/04 |
| 5 | Purchase of a controlled substance | 08/17/04 |
| 6 | Failure to participate in mental health program | 08/24/04 |

[ ] See continuation page

The defendant is sentenced as provided in pages 2 through ___ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has not violated condition(s) ___ and is discharged as to such violation(s) condition.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district with 30 days of any change of name, residence, or maling address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

01/12/05
Date of Imposition of Judgment

MICHAEL A. PONSOR
Signature of Judicial Officer

Defendant's Soc. Sec. No.: 000/00/7918

Defendant's Date of Birth: 00/00/75

Defendant's USM No.: 04852-082

Judge, U.S. District Court
Name & Title of Judicial Officer

Defendant's Residence Address:
42 So. Point Dr. Apt. A
Amherst, MA 01002

Defendant's Mailing Address:
Same as above

1-21-05
Date

AO 240D (Rev. 3/01) Judgment in a Criminal Case for Revocations: Sheet 2 - Imprisonment

Judgment - Page   of

CASE NUMBER:     3: 03 CR 30048     MAP
DEFENDANT:       ZAMONT RANSOM

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of   6 month(s)

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district.
   ☐ at _____ on _____
   ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
   ☐ before _____ on _____
   ☐ as notified by the United States Marshal.
   ☐ as notified by the Probation or Pretrial Services Officer.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
Deputy U.S. Marshal